UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:17-cv-20259-UU

JUAN CARLOS GIL,

    Plaintiff,

v.

MICHAEL KORS (USA), INC.,

    Defendant.
_____/

## ADMINISTRATIVE ORDER

THIS CAUSE is before the Court *sua sponte*.

THE COURT has reviewed the record and is otherwise fully advised in the premises. On February 7, 2017, Plaintiff filed a Notice of Settlement, D.E. 9, advising the Court that the parties have reached a full settlement in this case. Accordingly, it is hereby

ORDERED AND ADJUDGED that, for Administrative Purposes, this case is CLOSED. It is further

ORDERED AND ADJUDGED that all future hearings are CANCELLED and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 8th__ day of February, 2017.

*[signature]*

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record